Submitted on record and briefs March 13, reversed and remanded April 7, 1980

FROHMAN,
*Petitioner,*
*v.*
EMPLOYMENT DIVISION,
*Respondent.*

(No. 79-AB-840, CA 15789)

608 P2d 1233

W. David Frohman, Salem, filed the brief pro se for petitioner, W. David Frohman.

James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Jan P. Londahl, Assistant Attorney General, Salem, filed the brief for respondent.

Before Gillette, Presiding Judge, and Roberts and Campbell, Judges.

PER CURIAM.

## PER CURIAM.

Petitioner was denied unemployment benefits pursuant to ORS 657.100 and appeals. Respondent concedes error. The decision of the Employment Appeals Board is reversed and the case is remanded for a determination as to whether petitioner is otherwise qualified to receive benefits.